ACCEPTED
07-15-00103-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/25/2015 3:33:34 PM
Vivian Long, Clerk

NO. 07-15-00103-CR

| | | |
|---|---|---|
| TOBY MACK DEVENPORT | § | IN THE SEVENTH COURT |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| THE STATE OF TEXAS | § | OF APPEALS OF TEXAS |

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/25/2015 3:33:34 PM
VIVIAN LONG
CLERK

## MOTION TO EXTEND TIME TO FILE
## THE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW Toby Mack Devenport, Appellant, and files this Motion to Extend Time to File the Appellant's Brief until September 24, 2015 pursuant to TEXAS RULES OF APPELLATE PROCEDURE 38.6 and 10.5(b).

### I.

Appellant's brief is currently due on August 26, 2015. This is Appellant's second request for an extension. The first was granted on July 27, 2015.

### II.

Appellant respectfully requests one last thirty-day extension to file his brief. The basis for this request is as follows: defense counsel has had an abnormally high number of contested hearings, several of which required extensive research, over the course of the last month. As a result, although progress has been made,

counsel has not had sufficient time to devote to completing the necessary research and drafting of Appellant's brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays the Court grant an extension of time to file Appellant's Brief until September 24, 2015. This request is not made for delay but so that justice may be done.

Respectfully submitted,

/s/ ROBYN NANCE
Robyn Nance
Freeman, Wilcox, & Nance, L.L.C.
2403 Line Ave.
Amarillo, Texas 79106
Phone: (806) 220-2515
Fax: (806) 373-4068
SBN: 24060319
Email: nance@lawyersamarillo.com
Attorney for Appellant

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above Motion to Extend Time to File the Appellant's Brief was served on Mr. Franklin McDonough, the 31st Judicial District Attorney, via facsimile to (806) 669-8050 on August 25, 2015.

/s/ ROBYN NANCE
Robyn Nance

2